PURDIE, Appellant, v. LEHIGH VAL. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 24, 1900.) Action by John C. Purdie, as administrator, etc., against the Lehigh Valley Railroad Company. No opinion. Judgment affirmed, with costs.

PURDIE, Appellant, v. LEHIGH VAL. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. September 18, 1900.) Action by John C. Purdie, as administrator, etc., against the Lehigh Valley Railroad · Company. No opinion. Motion denied, with $10 costs.

QUEENS COUNTY, Appellant, v. PETRY et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 19, 1900.) Action by the county of Queens against John W. Petry and another, as deputy commissioner of public buildings, etc., of the city of New York, and the city of New York. No opinion. Order affirmed, with $10 costs and disbursements, on the opinion of GAYNOR, J., at special term (66 N. Y. Supp. 447). All concur, except HIRSCHBERG, J., absent.

RABINOWITZ, Respondent, v. BAY STATE CLOTHING CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1900.) Action by Jacob Rabinowitz against the Bay State Clothing Company. No opinion. Judgment and order affirmed, with costs.

RAYMOND, Appellant, v. DITTENHOEF-ER et al., Respondents. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by Sarah R. Raymond, as executrix, etc., against Abram J. Dittenhoefer and another. F. E. Anderson, for appellant. A. J. Dittenhoefer, for respondents. No opinion. Judgment and order affirmed, with costs.

REDDING v. AMERICAN DISTRIBUTING CO. et al. (Supreme Court, Appellate Division, Second Department. October 12, 1900.) Action by Ralph W. Redding against the American Distributing Company, Edmund H. Garrison, and others.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, to the extent of requiring the plaintiff to furnish to the defendants within 20 days a bill of particulars disclosing the name of the alleged tenant.

REEHL et al., Respondents, v. MARTENS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 5, 1900.) Action by Daniel Reehl and another against John H. Martens and others, as executors, etc., of Gerd Martens, deceased. No opinion. Judgment and order affirmed, with costs.

REEHL et al., Respondents, v. MARTENS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 19, 1900.) Action by Daniel Reehl and another against William H. Martens and others. No opinion. Motion for leave to appeal to the court of appeals denied. Leave is unnecessary, under section 191, subd. 2, of the Code of Civil Procedure. See 57 N. Y. Supp. 1059.

REISS v. TOWN OF PELHAM. WEBER v. SAME. (Supreme Court, Appellate Division, Second Department. October 26, 1900.) Actions by August Reiss and Charles Weber against the town of Pelham. No opinion. Motion for leave to appeal to the court of appeals granted. See 62 N. Y. Supp. 607, and 65 N. Y. Supp. 1033.

REYNOLDS v. PLUMBERS' MATERIAL PROTECTIVE ASS'N. (Supreme Court, Appellate Division, Fourth Department. July 24, 1900.) Action by James Reynolds against the Plumbers' Material Protective Association. No opinion. Plaintiff's exceptions overruled, and motion for new trial denied, with costs. See 63 N. Y. Supp. 303.

REYNOLDS v. VAN BEUREN et al. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by Charles H. Reynolds against Alfred Van Beuren and others. No opinion. Motion denied, with $10 costs. See 64 N. Y. Supp. 724.

RICHARDS, Respondent, v. IRON–CLAD MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 17, 1900.) Action by Willis B. Richards against the Iron-Clad Manufacturing Company. No opinion. Order affirmed, with $10 costs and disbursements.

RICHMOND, Appellant, v. SCANNELL, Fire Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. July 17, 1900.) In the matter of the application of Charles A. Richmond for a peremptory writ of mandamus against John J. Scannell, fire commissioner of the city of New York. No opinion. Order affirmed, with $10 costs and disbursements.

ROBERTSON, Respondent, v. ROCKLAND CEMETERY IMP. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. November 9, 1900.) Action by Thomas F. Robertson against the Rockland Cemetery Improvement Company and others. From an order denying a motion to compel plaintiff's attorneys to accept an amended answer, defendant Mary A. Stone appeals. Reversed. E. E. Cooley, for appellant. G. P. Breckenridge, for respondent.

VAN BRUNT, P. J. For the reasons stated in the opinion in the case of Robertson v. Improvement Co. (decided herewith) 66 N. Y. Supp. 632, the order appealed from must be reversed, with $10 costs and disbursements, and the motion granted, with $10 costs. All concur.

ROBERTSON, Respondent, v. ROCKLAND CEMETERY IMP. CO. et al., Ap-